UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DONNIE PERKINS | CIVIL ACTION NO. 22-4652 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SAFECO INSURANCE COMPANY OF OREGON | MAGISTRATE JUDGE LEBLANC |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that the Motion for Summary Judgment (Doc. 23) by Safeco Insurance Company of Oregon is **GRANTED** and that this civil action is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 23rd day of May, 2024.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE